391 A.2d 677

Commonwealth v. Caldwell, Appellant.

Argued April 15, 1977. John Woodcock, Jr., Public Defender, for appellant; Edward S. Newlin, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and VAN der VOORT, J., did not participate in the consideration or decision of this case.